STATE of Missouri, Respondent,

v.

**Robert SHREEVES, Appellant.**

**No. WD 54174.**

Missouri Court of Appeals,
Western District.

May 12, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 30, 1998.

Seth D. Shumaker, Kirksville, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel W. Follett, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

### *ORDER*

PER CURIAM.

The defendant was found guilty by the court of first degree assault upon a law enforcement officer, and armed criminal action claiming the evidence was insufficient on the

assault charge. Judgment affirmed. Rule 30.25(b).